UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. William H. Walls |
| v. | : Crim. No. 08-213 (WHW) |
| CHORIKA HENDERSON, and RASHIMA WILEY | : ORDER FOR CONTINUANCE : |

This matter having come before the Court on the joint application of Ralph J. Marra, Acting United States Attorney for the District of New Jersey (by R. Joseph Gribko, Assistant U.S. Attorney), and Richard Roberts, Esq., appearing for Chorika Henderson and Elise DiNardo, Esq., appearing for Rashima Wiley, for an order granting a continuance of the proceedings in the above-captioned matter, and the defendants being aware that they have the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendants have consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendants desire additional time to negotiate a plea agreement, which would render any trial of this matter unnecessary;

2. Additional time is necessary in which to negotiate a plea agreement;

3. Defendants have consented to the aforementioned continuance;

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 5th day of January 2009,

IT IS ORDERED that defendant's motions are to be filed by February 10, 2009, the government's response is due by February 24, 2009, the oral argument on any motions is set for March 17, 2009 and the trial is scheduled for March 31, 2009 ; and

IT IS FURTHER ORDERED that the period from January 13, 2009, through March 31, 2009, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

_____
HON. WILLIAM H. WALLS
United States District Judge